Deer Park. — Order affirmed for non-service of case and points according to submission, with ten dollars costs and disbursements.

Louisa Pfeefer v. The Brooklyn Daily Eagle. — Appeal withdrawn.

Elizabeth Murphy v. The Brooklyn Daily Eagle.— Appeal withdrawn.

**Decisions handed down June 11, 1892.**

Henry H. Adams, County Treasurer of Kings County, Plaintiff, v. The East River Savings Institution, Defendant. — Judgment for plaintiff on submitted case, with costs. Opinion by Cullen, J.

---

# FIRST DEPARTMENT, MAY TERM, 1892.

64h 635
1st Dept
Case 22
73 AD 573
73 AD 578
74 AD 467

The Mayor, etc., of the City of New York v. The New York and Harlem Railroad Company. — Exceptions overruled and judgment ordered for defendants upon the verdict, with costs. Opinions by Van Brunt, P. J., and O'Brien, J.

The Western National Bank, Appellant, v. Frederick Wood, Respondent, Impleaded, etc. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinions by Van Brunt, P. J., and O'Brien, J.

The Manhattan Life Insurance Company, Appellant, v. The Forty-second Street and Grand Street Ferry Railroad Company, Respondent.— Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Mary B. De Frece, as Administratrix, etc., Respondent, v. National Life Insurance Company, Appellant. — Judgment affirmed, with costs. Opinions by Van Brunt, P. J., and O'Brien, J.

Michael H. Haffey, Respondent, v. Sarah Lynch, Appellant. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

William Noble, Respondent, v. James F. Carey, Appellant. — Order and judgment affirmed, with costs. Opinion by Van Brunt, P. J.

The Tradesmen's National Bank, Respondent, v. The Manhattan Lumber Company, Appellant. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

Mary E. Connor, as Administratrix, etc., Plaintiff, v. The Mayor, etc., of the City of New York, Defendant. — Exceptions overruled and judgment ordered upon the verdict, with costs. Opinion by Van Brunt, P. J.

The Roosevelt Hospital, Respondent, v. The New York Elevated Railroad Company and others, Appellants. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Francisco A. Pellas, Respondent, v. Thornton N. Motley and others, Appellants. — Judgment affirmed, with costs. Opinions by Van Brunt, P. J., and Andrews, J.

Benedict Fischer and others, Plaintiffs, v. Berthold Blank, Defendant. — Judgment affirmed, with costs. Opinion by Andrews, J.

Max Danziger, Appellant, v. Charles Falkenberg and others, Respondents. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by O'Brien, J.

The People of the State of New York, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant — Judgment affirmed, with costs. Opinion *Per Curiam*.

George F. Perkins and others, Appellants, v. Collis P. Huntington, Respondent. — Judgment affirmed, with costs. Opinion by O'Brien, J.

The Norfolk and New Brunswick Hosiery Company, Appellant, v. Anna M. Arnold, Respondent. — Order affirmed, with costs. Opinion by Andrews, J.

Luther Kountze, Appellant, v. William W. Flannigan, Respondent. — Judgment affirmed. Opinion by Andrews, J.

George H. Dyett, Appellant, v. Central Trust Company and others, Respondents. — Judgment affirmed, with costs. Opinions by Van Brunt, P. J., and O'Brien, J.

Patrick S. Cassidy, Respondent, v. The Brooklyn Daily Eagle, Appellant. — Judgment and order affirmed, with costs. Opinion by O'Brien, J.

Jacob Tome, Respondent, v. Charles A. Gerlach, Appellant. — Judgment and order affirmed, with costs. Opinion by Andrews, J.

John R. Suydam and others, Respondents, v. The New York Elevated Railroad Company and others, Appellants.— Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Andrews, J.

William A. Harding, as Administrator, etc., Appellant, v. Walter H. Field, Respondent.—Order affirmed, with costs. Opinion *Per Curiam*.

In the Matter of the Probate of the Will, etc., of James Philp, Deceased.— Decree affirmed, with costs. Opinion by O'Brien, J.

The Roosevelt Hospital, Respondent, v. The New York Elevated Railway Company and others, Appellants.— Judgment affirmed, with costs. Opinion *Per Curiam*.

Sixth Avenue Railroad Company, Respondent, v. Metropolitan Elevated Railway Company and others, Appellants.— Judgment affirmed, with costs. Opinion *Per Curiam*.

In the Matter of the Judicial Settlement of the Account of Henry A. V. Post. — Appeal dismissed, with ten dollars costs and disbursements. Opinion *Per Curiam*.

Charles Myers, Appellant, v. The Mayor, etc., of the City of New York, Respondent — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion *Per Curiam*.

In the Matter of the People of the State of New York *ex rel.* Maria Louise Collins, Respondent, v. Charles Donohue and others, Appellants.— Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam*.

Frederick A. Ringler and others, Respondents, v. William M. Reynolds and others, Appellants.— Judgment affirmed, with costs upon the opinion of Mr. Justice Patterson at Special Term. Opinion *Per Curiam*.

Charles H. Bunn, Respondent, v. Margaret M. Lett, Appellant.— Motion denied.

In the Matter of the Application of the Metropolitan Elevated Railway Company (*In re Jones and others, Parcel*, 174).—Order reversed, with costs and disbursements, and the clerk's taxation affirmed. Opinion *Per Curiam*.

Henry W. Dayton, Respondent, v. The McElwee Manufacturing Company, Appellant.

The Same, Respondent, v. Same, Appellant.— Order affirmed, with costs. Opinion *Per Curiam*.

Henry L. Gwalter, Respondent, v. The New York Seal Plush and Tapestry Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam*.

Adolph Schwartz and others, Appellants, v. Timothy B. Livingston and others, Respondents.— Order reversed, with ten dollars costs and disbursements. Opinion *Per Curiam*.

George Fuchs, Respondent, v. John A. Morris, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam*.